UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LILIAN FARANSO | CASE NO. 22-10181-SJM |
| | JUDGE STEPHEN J. MURPHY, III |
| Plaintiff, | MAG. JUDGE JONATHAN J.C. GREY |

v.

DOLLAR TREE STORES, INC.,

    Defendant.
_____

| | |
|---|---|
| DAVID K. WHIPPLE (P36767) | LISA T. MILTON (P38129) |
| Skupin & Lucas, P.C. | Bowen, Radabaugh & Milton, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 155 W. Congress Street, Suite 350 | 100 East Big Beaver Road, Suite 350 |
| Detroit, Michigan 48226 | Troy, Michigan 48083 |
| (313) 961-0425/Fax: (313) 961-1033 | (248) 641-8486/Fax: (248) 641-8219 |
| dwhipple@skupinandlucas.com | ltmilton@brmattorneys.com |
| tjones@skupinandlucas.com | |

_____/

## SUBSTITUTION OF ATTORNEYS

Now comes the attorney listed below and hereby stipulate that attorney David K. Whipple of Skupin and Lucas P.C. shall be substituted in the place of and instead of attorney Eric Steinberg.


By:  /s/ David Whipple_____
     DAVID K. WHIPPLE (P36767)

By:  /s/ Eric Seinberg_____
     ERIC STEINBERG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LILIAN FARANSO                              CASE NO. 22-10181-SJM
                                            JUDGE STEPHEN J. MURPHY, III
        Plaintiff,                          MAG. JUDGE JONATHAN J.C. GREY

v.

DOLLAR TREE STORES, INC.,

        Defendant.
_____
DAVID K. WHIPPLE (P36767)           LISA T. MILTON (P38129)
Skupin & Lucas, P.C.                Bowen, Radabaugh & Milton, P.C.
Attorneys for Plaintiff             Attorneys for Defendant
155 W. Congress Street, Suite 350   100 East Big Beaver Road, Suite 350
Detroit, Michigan 48226             Troy, Michigan 48083
(313) 961-0425/Fax: (313) 961-1033  (248) 641-8486/Fax: (248) 641-8219
dwhipple@skupinandlucas.com         ltmilton@brmattorneys.com
tjones@skupinandlucas.com
_____/

## ORDER FOR SUBSITUTION OF ATTORNEY

   At a session of said Court, held in the Courthouse, in the
   City of Detroit, County of   Wayne, State of Michigan on

    PRESENT: Honorable _____
                 UNITED STATES DISTRICT COURT

The court, having reviewed the Stipulations of  Attorney, and being more fully advised of the premises;

IT IS HEREBY ORDERED that Attorney DAVID K WHIPPLE, shall be attorney of record

2

for the plaintiff, LILIAN FARANSO

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT
Judge STEPHEN J. MURPHY, III

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LILIAN FARANSO | CASE NO. 22-10181-SJM |
| | JUDGE STEPHEN J. MURPHY, III |
| Plaintiff, | MAG. JUDGE JONATHAN J.C. GREY |
| v. | |
| DOLLAR TREE STORES, INC., | |
| Defendant. | |

_____
DAVID K. WHIPPLE (P36767)            LISA T. MILTON (P38129)
Skupin & Lucas, P.C.                 Bowen, Radabaugh & Milton, P.C.
Attorneys for Plaintiff              Attorneys for Defendant
290 Town Center Drive Ste 350        100 East Big Beaver Road, Suite 350
Dearborn, Michigan 48126             Troy, Michigan 48083
(313) 961-0425/Fax: (313) 961-1033   (248) 641-8486/Fax: (248) 641-8219
dwhipple@skupinandlucas.com          ltmilton@brmattorneys.com
cwhite@skupinandlucas.com
_____/

## **APPEARANCE OF COUNSEL**

Now comes David K. Whipple of Skupin & Lucas, P.C. who hereby enters an appearance on behalf of Lilian Faranso.

                        Respectfully submitted,

                        **SKUPIN & LUCAS, P.C.**

                        By: /s/ David K. Whipple_____
                        DAVID K. WHIPPLE (P36767)
                        Attorney for the Plaintiff
                        290 Town Center Drive Ste 350
                        Dearborn, Michigan 48126
Dated: May 12, 2022           dwhipple@skupinandlucas.com

5