UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LILIAN FARANSO,

          Plaintiff,

v.

DOLLAR TREE STORES, INC.,

          Defendant.
_____/

Case No. 2:22-cv-10181

HONORABLE STEPHEN J. MURPHY, III

### ORDER REQUIRING JOINT STATUS REPORT

The Court held a status conference with counsel for both parties on January 18, 2022. At the conference, counsel explained that the parties were engaged in settlement negotiations. Counsel also suggested that a third mediation would be a costly way to help resolve the matter. Accordingly, the Court will order the parties to file a joint status report no later than February 15, 2023 detailing the status of the parties' settlement negotiations. If the parties advise the Court that settlement has not been reached, the Court will begin the process of scheduling the case for a jury trial given the absence of any dispositive motions.

**WHEREFORE**, it is hereby **ORDERED** that the parties must **FILE** the above-described joint status report **no later than February 15, 2023**.

    **SO ORDERED.**

                              s/ Stephen J. Murphy, III
                              STEPHEN J. MURPHY, III
                              United States District Judge

Dated: January 19, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 19, 2023, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager
